NOMURA HOME EQUITY LOAN, INC., SERIES 2006-FM2, by HSBC Bank USA, National Association, Solely in its Capacity as Trustee, et al., Respondents, v NOMURA CREDIT & CAPITAL, INC., Appellant. (Action No. 1.)

NOMURA HOME EQUITY LOAN, INC., SERIES 2007-3, by HSBC Bank USA, National Association, Solely in its Capacity as Trustee, Respondent, v NOMURA CREDIT & CAPITAL, INC., Appellant. (Action No. 2.)

NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AF 2, by HSBC Bank USA, National Association, as Trustee, Respondent, v NOMURA CREDIT & CAPITAL, INC., Appellant. (Action No. 3.)

NOMURA HOME EQUITY LOAN, INC., HOME EQUITY LOAN TRUST, SERIES 2007-2 by HSBC Bank USA, National Association, as Trustee, Respondent, v NOMURA CREDIT & CAPITAL, INC., Appellant. (Action No. 4.)

Submitted February 14, 2017; decided February 16, 2017

Reported below, 133 AD3d 96.

Motion by Securities Industry and Financial Markets Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge DiFIORE and Judge GARCIA taking no part.